MARY E. LYNCH, Individually and as Executrix of CATHERINE E. MULLIGAN, Deceased, Appellant, *v.* JERRY BOUTIN, Respondent. (Two Cases.)

Submitted January 20, 1953; decided March 6, 1953.

610

*William M. Kilcullen* for appellant.

*I. William Garfield* for respondent.

Judgment affirmed, without costs. Plaintiff's appeal from the order of the Appellate Division affirming the order of the Special Term denying injunctive relief dismissed. (See, e.g., *Evadan Realty Corp.* v. *Patterson,* 297 N. Y. 732.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.